**DISMISS and Opinion Filed October 28, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00782-CV

**ANCHOR EXPRESS LLC, FARRAH AHMED, Appellants**
**V.**
**LUC CANO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00882-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, and Justices Molberg and Pedersen
Opinion by Chief Justice Burns

The clerk's record in this case is overdue. On September 20, 2022, we sent a letter informing appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220782F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANCHOR EXPRESS LLC,
FARRAH AHMED, Appellants

No. 05-22-00782-CV     V.

LUC CANO, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-00882-
E.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LUC CANO recover his costs of this appeal from appellants ANCHOR EXPRESS LLC and FARRAH AHMED.

Judgment entered October 28, 2022